UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                                              Case No. 21-13844-PGH

MULTICONCEP LOGISTICS LLC,

                                              Chapter 7

        Debtor.
_____/
BARRY E. MUKAMAL AS CHAPTER 7
TRUSTEE,

        Plaintiff,                            Adv. Pro. No. _____

-vs-

HECTOR F. MANRIQUES and
GLADYS I. MANRIQUES,
Jointly husband and wife,

        Defendants.
_____/

## **COMPLAINT**

        COMES NOW, Plaintiff, BARRY E. MUKAMAL as Chapter 7 Trustee (hereinafter, "Trustee") in the above-styled matter, and sues Defendants, Hector F. Manriques ("Hector") and Gladys I. Manriques ("Gladys"), jointly husband and wife, (hereinafter collectively "Defendants"), and states the following in support hereof:

        1.        Debtor, Multiconcep Logistics LLC, filed a voluntary petition (the "Petition") under Chapter 7 of Title 11 of the United States Code on the 22nd day of April 2021 ("Petition Date") in Bankruptcy Case No. 21-13844-AJC (the "Bankruptcy Case").

        2.        The Trustee is the duly-appointed and permanent Chapter 7 Trustee of the Bankruptcy Estate of Multiconcep Logistics, in the Bankruptcy Case.

        3.        This Court has jurisdiction over this matter, the venue is proper in this Court and all parties hereto are *sui juris*.

4.        During the operations of the Debtor, Hector and Gladys were also operating various other businesses including Multiexpress Cargo, LLC ("Multiexpress"); Senaduana Logistics USA Corp. ("Senaduana"); Melas Logistics LLC ("Melas"); and, H&M Leasing LLC ("H&M").

5.        At all -times material, Defendants were insiders of the Debtor and intentionally diverted the Debtor's assets and were paying their own personal debts, paying personal expenses, and paying for the business debts of Multiexpress, Senaduana, Melas, and H&M without any consideration to the Debtor.

6.        Hector and Gladys caused the Debtor to transfer no less than the sum of $91,632.75 to Hector ("Hector's 2 Year Transfers") to Hector, and, $10,153.12 to Gladys ("Gladys' 2 year Transfers") (collectively the "**Two-Year Transfers**") within two (2) years preceding the Petition Date, and the **Two-Year Transfers** were made from Debtor's bank accounts, were property of the Debtor at the time of each transfer, and were made to or for the benefit of the Defendants, on the dates and in the sums identified on the attached Exhibits "A" and "B".

7.        Furthermore, Hector and Gladys caused the Debtor to transfer no less than the sum of $292,963.69 ("Hector's 4 Year Transfers") to Hector, and $14,053.12 to Gladys ("Gladys 4 Year Transfers") (collectively the "**Four-Year Transfers**") within four (4) years preceding the Petition Date, and the **Four-Year Transfers** were made from Debtor's bank accounts, were property of the Debtor at the time of each transfer, and were made to or for the benefit of the Defendant, on the dates and in the sums identified on the attached Exhibits "C" and "D").

8.        As a further part of their scheme to defraud, by Gladys and Hector, on or about March 14th, 2019, the Debtor purchased a certain 2016 Volvo Tractor VIN#4V4NC9EH0GN943413 (the "**Tractor**"), with Debtor's monies and titled the Tractor in originally in Debtor's name.

9.    Thereafter, on or about November 1st, 2021 (Post-Petition), Hector and Gladys caused the Debtor to transfer the Tractor, valued in the sum of $63,366.75 to H&M in exchange for no consideration to the Debtor.

10.   Debtor was insolvent at all times material, as the Debtor: a) was not paying its debts as they generally came due at the time of each of the sued-upon transfers herein; b) was involved in litigation as a defendant for failing to timely pay its debts; and, c) had liabilities which exceeded the true value of its assets.

11.   A non-exclusive example of such litigation was the fact that the Debtor was sued for non-payment of debts, pre-petition, by Regions Bank in the Eleventh Judicial Circuit of Florida in Case No. 2020-27833-CA-01 for the sum of $215,617.89 on or about March 29th, 2021, for debts arising from a Line of Credit Agreement with Debtor and entered into on October 18th, 2018.

12.   Furthermore, claims of creditors arose prior to and after each of the sued-upon Transfers herein, and non-exclusive examples of the same are: Regions Bank on account ending 1819 totaling the sum of $106,357.68, incurred on or about October 18th, 2018; Regions Bank on account ending 6492 totaling the sum of $42,679.18, incurred on or about June 21st, 2019; Regions Bank on account ending 6493 totaling the sum of $41,011.36, incurred on or about June 21st, 2019; Regions Bank on account ending 7365 totaling the sum of $51, 491.35, incurred on or about August 23rd, 2019; and, Department of Treasury- Internal Revenue Service totaling the sum of $5,754.15, incurred as early as March 31st, 2012.

13.   Prior to filing this lawsuit, the Trustee served various subpoenas and 2004 *duces tecum* requests (ECF#s 47, 64, 66, 73, 74, 75, 76, 142, and 145) on the Defendants and their affiliates requesting evidence for the basis of the sued upon transfers herein and said Defendants have failed to provide documentary evidence to establish that

reasonably equivalent value was given to the Debtor as consideration for the sued-upon transfers.

14. At all times material, the records of the Debtor do not reflect that the Debtor was ever obligated to Defendants for any form of debt.

## COUNT I – FRAUDULENT TRANSFERS (11 U.S.C. Sec. 548(a)(1)(B))

15. Paragraphs 1 through 6 and 8 through 14 are herein re-averred and re-alleged.

16. The **Two-Year Transfers** were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, which were made or incurred within two years before the Petition Date.

17. The Debtor received less than reasonably equivalent value in exchange for each of the **Two-Year Transfers**; and, the Debtor

   a. was insolvent on the dates of each of the said **Two-Year Transfers**, or became insolvent as a result of each of such **Two-Year Transfers**;

   b. was engaged in business or a transaction, or was about to engage in business in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital; or,

   c. intended to incur, or believed that the Debtor would incur, debts that would be beyond the Debtor's ability to pay such debts as they matured.

18. The Trustee is entitled to recover the **Two-Year Transfers** plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 548, 550 and 551) judgment in the Trustee's favor avoiding the **Two-Year Transfers**, awarding Trustee recovery of the **Two-Year Transfers**, or value thereof, pre-and post-judgment interest, and such other relief that this Court deems equitable and just.

### COUNT II – FRAUDULENT TRANSFERS (Fla. Stat. Sec. 726.106(1))

19. Paragraphs 1 through 5, and 7 through 14 are herein re-averred and re-alleged.

20. The **Four-Year Transfers** were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred within four years before the Petition Date.

21. The Debtor received less than reasonably equivalent value in exchange for each of such **Four-Year Transfers**.

22. At the time of each of the **Four-Year Transfers**, the Debtor had creditors whose claims arose prior to the **Four-Year Transfers**.

23. Debtor was insolvent at the time of each of the sued-upon **Four-Year Transfers** or became insolvent at the time of each of the sued-upon **Four-Year Transfers**.

24. The Trustee is entitled to avoid and recover the **Four-Year Transfers** plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 550, and 551; and, Fla. Stat. Ch. 726) judgment in the Trustee's favor avoiding the **Four-Year Transfers**, awarding Trustee the recovery of the **Four-Year Transfers** or value thereof, pre-and post-judgment interest, and such other relief which this Court deems equitable and just.

### COUNT III – FRAUDULENT TRANSFERS (Fla. Stat. Sec. 726.105(1)(b))

25. Paragraphs 1 through 5, and  7 through 14 are herein re-averred and re-alleged.

26. The **Four-Year Transfers** were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred within four years prior to the Petition Date.

27. Claims of creditors of the Debtor arose prior to and after the **Four-Year Transfers** being made to Defendants.

28.     Each of the **Four-Year Transfers** were made without the Debtor having received reasonably equivalent value in exchange for each of the **Four-Year Transfers**, and the Debtor:

a.  was engaged or was about to engage in a business or a transaction for which the remaining assets of the Debtor were unreasonably small in relation to the business or transaction; or

b.  intended to incur, or believed or reasonably should have believed that Debtor would incur, debts beyond Debtor's ability to pay as they became due.

29.     The Trustee is entitled to avoid and recover these **Four-Year Transfers** plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 550 and 551; and Fla. Stat. Ch. 726) judgment in the Trustee's favor avoiding the **Four-Year Transfers** awarding Trustee the recovery of the **Four-Year Transfers** or value thereof, pre-and post-judgment interest, and such other relief which this Court deems equitable and just.

### **COUNT IV– FRAUDULENT TRANSFERS (Fla. Stat. Sec. 726.105(1)(a))**

30.     Paragraphs 1 through 5, and 7 through 14 are herein re-averred and re-alleged.

31.     The **Four-Year Transfers** were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred within four years prior to the Petition Date.

32.     Claims of creditors of the Debtor arose prior to and after the **Four-Year Transfers** being made to Defendants.

33.     Each of the **Four-Year Transfers** were made with the actual intent to hinder, delay and/or defraud any creditor of the Debtor.

34.     Claims of creditors of the Debtor arose prior to and after each of the **Four-Year Transfers**.

35.     Debtor was insolvent at the time of each of the **Four-Year Transfers** or became insolvent at the time of each of the **Four-Year Transfers**.

36.     At all-time materials, Hector and Gladys caused the Debtor to intentionally divert the Debtor's assets to or for the benefit of Hector and/or Gladys.

37.     The Trustee is entitled to recover the **Four-Year Transfers** or value thereof, plus pre- and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 550, and 551; and Fla. Stat. Ch. 726) judgment in his favor awarding him the recovery of the **Four-Year Transfers** or value thereof, pre-and post-judgment interest, and such other relief which this Court deems equitable and just.

## COUNT V – FRAUDULENT TRANSFERS (11 U.S.C. Sec. 548(a)(1)(B))

38.     Paragraphs 1 through 6 and 8 through 14 are herein re-averred and re-alleged.

39.     The **Two-Year Transfers** were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred within two years before the Petition Date.

40.     The Debtor received less than reasonably equivalent value in exchange for the **Two-Year Transfers**; and, the Debtor

d.  was insolvent on the dates of the said **Two-Year Transfers**, or became insolvent as a result of such **Two-Year Transfers**;

e.  was engaged in business or a transaction, or was about to engage in business in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital; or,

f.  intended to incur, or believed that the Debtor would incur, debts that would be beyond the Debtor's ability to pay such debts as they matured.

41.     The Trustee is entitled to recover the Transfers plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 548, 550 and 551) judgment in the Trustee's favor avoiding the **Two-Year Transfers**, awarding Trustee recovery of the **Two-Year Transfers**, or value thereof, pre-and post-judgment interest, and such other relief that this Court deems equitable and just.

## COUNT VI – UNJUST ENRICHMENT

42.     Paragraphs 1 through 6 and 8 through 14 are herein re-averred and re-alleged.

43.     Debtor conferred a benefit on Defendants by virtue of the **Four-Year Transfers.**

44.     Defendants voluntarily accepted and retained the benefits conferred, which were the **Four-Year Transfers**, r.

45.     The circumstances render Defendants' retention of each of the **Four-Year Transfers**, which were the benefit conferred on them by Debtor, inequitable unless Defendants pay Debtor the value of the **Four-Year Transfers**,.

46.     Defendants were unjustly enriched by virtue of the.

WHEREFORE, the Trustee respectfully requests the Court to enter a judgment in favor of the Trustee: A) granting money damages in the amount of the **Four-Year Transfers**, for the benefit of Debtor's bankruptcy estate, plus pre-and post-judgment interest, and reasonable attorneys' fees and expenses, to the extent permissible by applicable law; and, B) granting such other and further relief as is equitable and just.

Respectfully submitted,

JAMES B. MILLER, P.A.
Trustee's/Plaintiff's Counsel
19 West Flagler Street, Suite 416
Miami, Florida 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
jbm@title11law.com

By: _____/s/_____
        JAMES B. MILLER, ESQ.
        Fla. Bar No. 0009164

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

By: _____/s/_____

JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

# EXHIBIT "A"

Hector
Manrique

| | Elec[1]/Ck No.[2]/ Atm WD[3]/ CK-WD[4] | Date | Amount | From Acct#[5] |
|---|---|---|---|---|
| 1 | Elec | 9/8/2020 | $40.66 | Re-2838 |
| 2 | Elec | 9/8/2020 | $185.00 | Re-2838 |
| 3 | Atm WD | 9/8/2020 | $202.95 | Re-2838 |
| 4 | Elec | 9/2/2020 | $380.80 | Re-2838 |
| 5 | Elec | 8/31/2020 | $71.00 | Re-2838 |
| 6 | Elec | 8/25/2020 | $400.00 | Re-2838 |
| 7 | Elec | 8/24/2020 | $108.61 | Re-2838 |
| 8 | Elec | 8/17/2020 | $16.59 | Re-2838 |
| 9 | Elec | 8/17/2020 | $172.92 | Re-2838 |
| 10 | Elec | 8/10/2020 | $617.98 | Re-2838 |
| 11 | Elec | 8/10/2020 | $599.99 | Re-2838 |
| 12 | Elec | 8/10/2020 | $302.81 | Re-2838 |
| 13 | Atm WD | 8/10/2020 | $203.00 | Re-2838 |
| 14 | Atm WD | 8/7/2020 | $103.00 | Re-6293 |
| 15 | Ck-No.1122 | 7/28/2020 | $1,000.00 | Re-2838 |
| 16 | Elec | 7/20/2020 | $478.10 | Re-2838 |
| 17 | Elec | 7/20/2020 | $80.25 | Re-2838 |
| 18 | Elec | 7/20/2020 | $274.55 | Re-2838 |
| 19 | Elec | 7/20/2020 | $45.72 | Re-2838 |
| 20 | Ck-WD | 7/16/2020 | $7,000.00 | Re-2838 |
| 21 | Atm WD | 7/15/2020 | $283.00 | Re-2838 |
| 22 | Elec | 7/13/2020 | $65.54 | Re-2838 |
| 23 | Atm WD | 7/13/2020 | $202.95 | Re-2838 |
| 24 | Atm WD | 7/13/2020 | $102.95 | Re-6293 |
| 25 | Atm WD | 7/7/2020 | $202.95 | Re-2838 |
| 26 | Elec | 7/6/2020 | $26.40 | Re-2838 |
| 27 | Elec | 7/6/2020 | $70.41 | Re-2838 |
| 28 | Elec | 7/6/2020 | $17.96 | Re-6293 |
| 29 | Elec | 6/30/2020 | $500.00 | Re-2838 |
| 30 | Elec | 6/29/2020 | $132.25 | Re-2838 |
| 31 | Elec | 6/29/2020 | $70.57 | Re-6293 |

[1] "Elec" refers to an electronic debit card purchase by Hector Manrique from Debtor's account.
[2] "Ck-No. refers to the Check Number from Debtor's checking accounts.
[3] "Atm WD" refers to an automatic machine withdrawal by Hector Manrique from Debtor's accounts.
[4] "Ck-WD" refers to checking withdrawal slips from Debtor's accounts by Hector Manrique.
[5] "Re-2838" and "Re-6293 refer to Debtor's bank accounts at Regions Bank, Account No. 0268362838 and 0282386293.

| 32 | Ck-WD   | 6/29/2020 | $2,500.00 | Re-2838 |
| 33 | Ck-WD   | 6/26/2020 | $8,500.00 | Re-2838 |
| 34 | Elec    | 6/25/2020 | $248.08   | Re-6293 |
| 35 | Elec    | 6/24/2020 | $59.24    | Re-2838 |
| 36 | Elec    | 6/24/2020 | $65.52    | Re-2838 |
| 37 | Elec    | 6/22/2020 | $500.00   | Re-2838 |
| 38 | Elec    | 6/22/2020 | $104.33   | Re-2838 |
| 39 | Elec    | 6/15/2020 | $54.30    | Re-2838 |
| 40 | Elec    | 6/11/2020 | $417.31   | Re-2838 |
| 41 | Elec    | 6/11/2020 | $284.99   | Re-2838 |
| 42 | Elec    | 6/8/2020  | $24.40    | Re-6293 |
| 43 | Elec    | 6/8/2020  | $66.07    | Re-6293 |
| 44 | Elec    | 6/8/2020  | $38.17    | Re-6293 |
| 45 | Elec    | 5/26/2020 | $24.40    | Re-6293 |
| 46 | Elec    | 5/22/2020 | $40.00    | Re-6293 |
| 47 | Elec    | 5/21/2020 | $94.63    | Re-2838 |
| 48 | Elec    | 5/19/2020 | $58.10    | Re-2838 |
| 49 | Atm WD  | 5/14/2020 | $602.95   | Re-2838 |
| 50 | Elec    | 5/11/2020 | $101.65   | Re-2838 |
| 51 | Elec    | 5/11/2020 | $57.50    | Re-2838 |
| 52 | Atm WD  | 5/11/2020 | $202.95   | Re-2838 |
| 53 | Atm WD  | 5/11/2020 | $503.50   | Re-2838 |
| 54 | Elec    | 5/4/2020  | $131.61   | Re-2838 |
| 55 | Elec    | 5/4/2020  | $55.00    | Re-6293 |
| 56 | Atm WD  | 5/1/2020  | $202.95   | Re-2838 |
| 57 | Elec    | 4/27/2020 | $24.50    | Re-2838 |
| 58 | Elec    | 4/27/2020 | $77.04    | Re-2838 |
| 59 | Elec    | 4/22/2020 | $250.00   | Re-2838 |
| 60 | Atm WD  | 4/22/2020 | $102.95   | Re-2838 |
| 61 | Elec    | 4/13/2020 | $56.43    | Re-2838 |
| 62 | Elec    | 3/26/2020 | $82.97    | Re-2838 |
| 63 | Elec    | 3/24/2020 | $250.00   | Re-2838 |
| 64 | Elec    | 3/23/2020 | $52.43    | Re-2838 |
| 65 | Elec    | 3/20/2020 | $263.63   | Re-2838 |
| 66 | Elec    | 3/20/2020 | $30.95    | Re-6293 |
| 67 | Elec    | 3/16/2020 | 138.24`   | Re-2838 |
| 68 | Elec    | 3/12/2020 | $48.67    | Re-2838 |
| 69 | Elec    | 3/10/2020 | $216.77   | Re-2838 |
| 70 | Elec    | 3/9/2020  | $73.38    | Re-2838 |
| 71 | Elec    | 3/9/2020  | $74.89    | Re-2838 |
| 72 | Elec    | 3/9/2020  | $64.51    | Re-2838 |
| 73 | Elec    | 3/2/2020  | $34.97    | Re-2838 |
| 74 | Elec    | 2/18/2020 | $14.50    | Re-2838 |
| 75 | Elec    | 1/23/2020 | $200.00   | Re-2838 |
| 76 | Ck-WD   | 1/23/2020 | $400.00   | Re-6293 |

| 77 | Elec | 1/21/2020 | $106.42 | Re-2838 |
| 78 | Elec | 1/20/2020 | $200.00 | Re-6293 |
| 79 | Elec | 1/10/2020 | $32.84 | Re-6293 |
| 80 | Elec | 1/9/2020 | $9.99 | Re-6293 |
| 81 | Atm WD | 12/17/2019 | $400.00 | Re-2838 |
| 82 | Atm WD | 12/9/2019 | $42.95 | Re-6293 |
| 83 | Elec | 11/29/2019 | $58.29 | Re-2838 |
| 84 | Atm WD | 11/29/2019 | $503.00 | Re-2838 |
| 85 | Elec | 11/25/2019 | $200.00 | Re-2838 |
| 86 | Elec | 11/18/2019 | $12.30 | Re-6293 |
| 87 | Elec | 11/18/2019 | $33.33 | Re-6293 |
| 88 | Elec | 11/14/2019 | $36.65 | Re-6293 |
| 89 | Elec | 11/12/2019 | $109.70 | Re-2838 |
| 90 | Elec | 11/12/2019 | $45.64 | Re-6293 |
| 91 | Atm WD | 11/12/2019 | $323.00 | Re-2838 |
| 92 | Elec | 11/6/2019 | $41.56 | Re-6293 |
| 93 | Elec | 11/6/2019 | $35.13 | Re-6293 |
| 94 | Elec | 11/4/2019 | $44.67 | Re-6293 |
| 95 | Elec | 11/4/2019 | $59.68 | Re-6293 |
| 96 | Atm WD | 11/4/2019 | $40.00 | Re-6293 |
| 97 | Elec | 10/31/2019 | $56.09 | Re-6293 |
| 98 | Elec | 10/31/2019 | $125.93 | Re-6293 |
| 99 | Elec | 10/28/2019 | $101.67 | Re-6293 |
| 100 | Elec | 10/28/2019 | $50.41 | Re-6293 |
| 101 | Elec | 10/21/2019 | $244.26 | Re-2838 |
| 102 | Elec | 10/21/2019 | $88.83 | Re-6293 |
| 103 | Elec | 10/21/2019 | $92.21 | Re-6293 |
| 104 | Elec | 10/21/2019 | $23.06 | Re-6293 |
| 105 | Ck No. 1116 | 10/19/2019 | $2,000.00 | Re-2838 |
| 106 | Elec | 10/18/2019 | $20.35 | Re-6293 |
| 107 | Elec | 10/18/2019 | $57.20 | Re-6293 |
| 108 | Atm WD | 10/17/2019 | $103.00 | Re-6293 |
| 109 | Elec | 10/15/2019 | $90.00 | Re-6293 |
| 110 | Elec | 10/15/2019 | $46.77 | Re-6293 |
| 111 | Elec | 10/15/2019 | $262.04 | Re-6293 |
| 112 | Elec | 10/15/2019 | $167.06 | Re-6293 |
| 113 | Elec | 10/11/2019 | $22.78 | Re-2838 |
| 114 | Elec | 10/4/2019 | $33.13 | Re-2838 |
| 115 | Elec | 10/4/2019 | $23.32 | Re-2838 |
| 116 | Elec | 10/3/2019 | $100.00 | Re-2838 |
| 117 | Ck No. 1112 | 10/3/2019 | $2,000.00 | Re-2838 |
| 118 | Ck No. 1110 | 9/30/2019 | $1,000.00 | Re-2838 |
| 119 | Atm WD | 9/20/2019 | $203.00 | Re-2838 |
| 120 | Atm WD | 9/19/2019 | $242.95 | Re-2838 |
| 121 | Atm WD | 9/10/2019 | $302.95 | Re-2838 |

| 122 | 1198 | 9/6/2019 | $600.00 | Re-2838 |
| 123 | Elec | 8/30/2019 | $58.00 | Re-2838 |
| 124 | Elec | 8/29/2019 | $280.05 | Re-2838 |
| 125 | Elec | 8/26/2019 | $80.20 | Re-2838 |
| 126 | Elec | 8/19/2019 | $145.31 | Re-2838 |
| 127 | Atm WD | 8/13/2019 | $502.95 | Re-2838 |
| 128 | Atm WD | 8/9/2019 | $503.00 | Re-2838 |
| 129 | Elec | 8/8/2019 | $206.64 | Re-2838 |
| 130 | Atm WD | 8/7/2019 | $202.95 | Re-2838 |
| 131 | Ck No. 1188 | 8/3/2019 | $6,000.00 | Re-2838 |
| 132 | Elec | 8/2/2019 | $38.68 | Re-2838 |
| 133 | Ck No. 1187 | 7/31/2019 | $1,060.00 | Re-2838 |
| 134 | Atm WD | 7/25/2019 | $403.00 | Re-2838 |
| 135 | Elec | 7/15/2019 | $135.03 | Re-2838 |
| 136 | Elec | 7/15/2019 | $306.91 | Re-2838 |
| 137 | Atm WD | 7/15/2019 | $503.00 | Re-2838 |
| 138 | Elec | 7/8/2019 | $131.09 | Re-2838 |
| 139 | Atm WD | 7/8/2019 | $503.00 | Re-2838 |
| 140 | Elec | 7/5/2019 | $186.76 | Re-2838 |
| 141 | Elec | 7/1/2019 | $201.95 | Re-2838 |
| 142 | Elec | 7/1/2019 | $149.55 | Re-2838 |
| 143 | Elec | 7/1/2019 | $60.00 | Re-2838 |
| 144 | Elec | 7/1/2019 | $119.57 | Re-2838 |
| 145 | Elec | 6/17/2019 | $79.02 | Re-2838 |
| 146 | Elec | 6/10/2019 | $116.63 | Re-2838 |
| 147 | Elec | 6/10/2019 | $75.48 | Re-2838 |
| 148 | Atm WD | 6/10/2019 | $40.00 | Re-2838 |
| 149 | Elec | 6/6/2019 | $145.90 | Re-2838 |
| 150 | Atm WD | 6/4/2019 | $363.00 | Re-2838 |
| 151 | Atm WD | 6/4/2019 | $303.00 | Re-2838 |
| 152 | Atm WD | 6/3/2019 | $603.00 | Re-2838 |
| 153 | Elec | 5/28/2019 | $179.80 | Re-2838 |
| 154 | Ck No. 1135 | 5/28/2019 | $1,000.00 | Re-2838 |
| 155 | Elec | 5/20/2019 | $129.31 | Re-2838 |
| 156 | Elec | 5/10/2019 | $381.25 | Re-2838 |
| 157 | Elec | 5/10/2019 | $58.15 | Re-2838 |
| 158 | Elec | 5/9/2019 | $35.20 | Re-2838 |
| | | **2-year total** | **$56,854.03** | |

"Elec" refers to an electronic debit card purchase by Hector Manrique from Debtor's account.

"Ck-No. refers to the Check Number from Debtor's checking accounts.

"Re-2838" and "Re-6293 refer to Debtor's bank accounts at Regions Bank, Account No. 0268362838 and 0282386293.

Paid to Citibank for Hector's benefit

| | Elec/Ck No. | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | 13 | 6/27/2020 | $2,000.00 | Re-2838 |
| 2 | 14 | 6/27/2020 | $2,000.00 | Re-2838 |
| 3 | Elec | 2/10/2020 | $300.00 | Re-2838 |
| 4 | Elec | 11/8/2019 | $400.00 | Re-2838 |
| 5 | Elec | 10/9/2019 | $400.00 | Re-2838 |
| 6 | Elec | 8/12/2019 | $600.00 | Re-2838 |
| | | 2-year total | $5,700.00 | |

Paid to Toyota for Hector's benefit

| | Elec | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | Elec | 9/10/2020 | $869.78 | Re-2838 |
| 2 | Elec | 8/25/2020 | $529.00 | Re-2838 |
| 3 | Elec | 7/28/2020 | $565.00 | Re-2838 |
| 4 | Elec | 5/27/2020 | $567.57 | Re-6293 |
| 5 | Elec | 5/27/2020 | $697.57 | Re-6293 |
| 6 | Elec | 3/11/2020 | $579.89 | Re-6293 |
| 7 | Elec | 3/11/2020 | $723.27 | Re-6293 |
| 8 | Elec | 2/20/2020 | $484.30 | Re-6293 |
| 9 | Elec | 2/20/2020 | $607.80 | Re-6293 |
| 10 | Elec | 1/27/2020 | $509.89 | Re-6293 |
| 11 | Elec | 1/27/2020 | $639.89 | Re-6293 |
| 12 | Elec | 1/21/2020 | $509.89 | Re-6293 |
| 13 | Elec | 1/21/2020 | $639.89 | Re-6293 |
| 14 | Elec | 11/21/2019 | $509.89 | Re-6293 |
| 15 | Elec | 11/21/2019 | $639.89 | Re-6293 |
| | | 2-year total | $9,073.52 | |

Paid to Capital One for Hector's benefit

| | Elec/Ck No. | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | Elec | 8/25/2020 | $400.00 | Re-2838 |
| 2 | Elec | 7/8/2020 | $1,100.00 | Re-2838 |
| 3 | Elec | 6/29/2020 | $2,000.00 | Re-2838 |
| 4 | Elec | 6/2/2020 | $300.00 | Re-6293 |
| 5 | Elec | 5/1/2020 | $387.00 | Re-2838 |
| 6 | Elec | 4/2/2020 | $300.00 | Re-2838 |
| 7 | Elec | 3/3/2020 | $400.00 | Re-2838 |
| 8 | Elec | 2/3/2020 | $203.00 | Re-6293 |
| 9 | Elec | 1/23/2020 | $400.00 | Re-6293 |
| 10 | Elec | 11/4/2019 | $250.00 | Re-2838 |
| 11 | Elec | 10/3/2019 | $200.00 | Re-2838 |
| 12 | Elec | 9/3/2019 | $200.00 | Re-2838 |
| 13 | Elec | 8/2/2019 | $900.00 | Re-2838 |
| 14 | Elec | 7/3/2019 | $1,000.00 | Re-2838 |
| | | 2-year total | $8,040.00 | |

Paid to American Express for Hector's benefit

| | Elec/Ck No. | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | Elec | 9/25/2019 | $1,685.50 | Re-2838 |
| 2 | Elec | 8/20/2019 | $4,143.50 | Re-2838 |
| 3 | Elec | 7/22/2019 | $532.64 | Re-2838 |
| 4 | Elec | 6/24/2019 | $5,603.56 | Re-2838 |
| | | 2-year total | $11,965.20 | |

"Elec" refers to an electronic debit card purchase by Hector Manrique from Debtor's account.
"Re-2838" and "Re-6293 refer to Debtor's bank accounts at Regions Bank, Account No. 0268362838 and 0282386293.

## EXHIBIT "B"

Paid to Toyota for Gladys' benefit

Paid to Citibank for Gladys' benefit

|    | Elec | Date | Amount | From Acct# |
|----|------|------|--------|-----------|
| 1  | Elec | 9/10/2020 | $485.17 | Re-2838 |
| 2  | Elec | 7/8/2020 | $529.59 | Re-6293 |
| 3  | Elec | 7/8/2020 | $666.12 | Re-6293 |
| 4  | Elec | 6/22/2020 | $568.10 | Re-6293 |
| 5  | Elec | 6/22/2020 | $697.57 | Re-6293 |
| 6  | Elec | 4/22/2020 | $509.89 | Re-6293 |
| 7  | Elec | 4/21/2020 | $639.89 | Re-6293 |
| 8  | Elec | 1/15/2020 | $509.89 | Re-6293 |
| 9  | Elec | 1/15/2020 | $639.89 | Re-6293 |
| 10 | Elec | 10/7/2019 | $639.89 | Re-2838 |
| 11 | Elec | 10/7/2019 | $509.89 | Re-6293 |
| 12 | Elec | 9/20/2019 | $535.48 | Re-2838 |
| 13 | Elec | 9/20/2019 | $671.98 | Re-2838 |
| 14 | Elec | 8/19/2019 | $509.89 | Re-2838 |
| 15 | Elec | 8/19/2019 | $639.89 | Re-2838 |
| 16 | Elec | 4/15/2019 | $639.89 | Re-6293 |
|    |      | **Total** | **$8,753.12** | |

|    | Elec | Date | Amount | From Acct# |
|----|------|------|--------|-----------|
| 1  | Elec | 9/10/2019 | $300.00 | Re-2838 |
| 2  | Elec | 9/9/2019 | $500.00 | Re-2838 |
| 3  | Elec | 8/8/2019 | $600.00 | Re-2838 |
|    |      | **Total** | **$1,400.00** | |

"Elec" refers to an electronic debit card purchase by Hector Manrique from Debtor's account.
"Ck-No. refers to the Check Number from Debtor's checking accounts.
"Atm WD" refers to an automatic machine withdrawal by Hector Manrique from Debtor's accounts.
"Ck-WD" refers to checking withdrawal slips from Debtor's accounts by Hector Manrique.
"Re-2838" and "Re-6293 refer to Debtor's bank accounts at Regions Bank, Account No. 0268362838 and 0282386293, and "TD-0461" and TD-3440 refer to Debtor's bank accounts at TD Bank, Account No. 4359290461 and 4365703440.

EXHIBIT "C"

Hector Manrique

| | Elec/Ck No./ Atm WD/Ck WD | Amount | Date | From Acct# |
|---|---|---|---|---|
| 1 | Elec | $40.66 | 9/8/2020 | Re-2838 |
| 2 | Elec | $185.00 | 9/8/2020 | Re-2838 |
| 3 | Atm WD | $202.95 | 9/8/2020 | Re-2838 |
| 4 | Elec | $380.80 | 9/2/2020 | Re-2838 |
| 5 | Elec | $71.00 | 8/31/2020 | Re-2838 |
| 6 | Elec | $400.00 | 8/25/2020 | Re-2838 |
| 7 | Elec | $108.61 | 8/24/2020 | Re-2838 |
| 8 | Elec | $16.59 | 8/17/2020 | Re-2838 |
| 9 | Elec | $172.92 | 8/17/2020 | Re-2838 |
| 10 | Elec | $617.98 | 8/10/2020 | Re-2838 |
| 11 | Elec | $599.99 | 8/10/2020 | Re-2838 |
| 12 | Elec | $302.81 | 8/10/2020 | Re-2838 |
| 13 | Atm WD | $203.00 | 8/10/2020 | Re-2838 |
| 14 | Atm WD | $103.00 | 8/7/2020 | Re-6293 |
| 15 | Ck-No.1122 | $1,000.00 | 7/28/2020 | Re-2838 |
| 16 | Elec | $478.10 | 7/20/2020 | Re-2838 |
| 17 | Elec | $80.25 | 7/20/2020 | Re-2838 |
| 18 | Elec | $274.55 | 7/20/2020 | Re-2838 |
| 19 | Elec | $45.72 | 7/20/2020 | Re-2838 |
| 20 | Ck-WD | $7,000.00 | 7/16/2020 | Re-2838 |
| 21 | Atm WD | $283.00 | 7/15/2020 | Re-2838 |
| 22 | Elec | $65.54 | 7/13/2020 | Re-2838 |
| 23 | Atm WD | $202.95 | 7/13/2020 | Re-2838 |
| 24 | Atm WD | $102.95 | 7/13/2020 | Re-6293 |
| 25 | Atm WD | $202.95 | 7/7/2020 | Re-2838 |
| 26 | Elec | $26.40 | 7/6/2020 | Re-2838 |
| 27 | Elec | $70.41 | 7/6/2020 | Re-2838 |
| 28 | Elec | $17.96 | 7/6/2020 | Re-6293 |
| 29 | Elec | $500.00 | 6/30/2020 | Re-2838 |
| 30 | Elec | $132.25 | 6/29/2020 | Re-2838 |
| 31 | Elec | $70.57 | 6/29/2020 | Re-6293 |
| 32 | Ck-WD | $2,500.00 | 6/29/2020 | Re-2838 |
| 33 | Ck-WD | $8,500.00 | 6/26/2020 | Re-2838 |
| 34 | Elec | $248.08 | 6/25/2020 | Re-6293 |
| 35 | Elec | $59.24 | 6/24/2020 | Re-2838 |
| 36 | Elec | $65.52 | 6/24/2020 | Re-2838 |
| 37 | Elec | $500.00 | 6/22/2020 | Re-2838 |

| 38 | Elec | $104.33 | 6/22/2020 | Re-2838 |
| 39 | Elec | $54.30 | 6/15/2020 | Re-2838 |
| 40 | Elec | $417.31 | 6/11/2020 | Re-2838 |
| 41 | Elec | $284.99 | 6/11/2020 | Re-2838 |
| 42 | Elec | $24.40 | 6/8/2020 | Re-6293 |
| 43 | Elec | $66.07 | 6/8/2020 | Re-6293 |
| 44 | Elec | $38.17 | 6/8/2020 | Re-6293 |
| 45 | Elec | $24.40 | 5/26/2020 | Re-6293 |
| 46 | Elec | $40.00 | 5/22/2020 | Re-6293 |
| 47 | Elec | $94.63 | 5/21/2020 | Re-2838 |
| 48 | Elec | $58.10 | 5/19/2020 | Re-2838 |
| 49 | Atm WD | $602.95 | 5/14/2020 | Re-2838 |
| 50 | Elec | $101.65 | 5/11/2020 | Re-2838 |
| 51 | Elec | $57.50 | 5/11/2020 | Re-2838 |
| 52 | Atm WD | $202.95 | 5/11/2020 | Re-2838 |
| 53 | Atm WD | $503.50 | 5/11/2020 | Re-2838 |
| 54 | Elec | $131.61 | 5/4/2020 | Re-2838 |
| 55 | Elec | $55.00 | 5/4/2020 | Re-6293 |
| 56 | Atm WD | $202.95 | 5/1/2020 | Re-2838 |
| 57 | Elec | $24.50 | 4/27/2020 | Re-2838 |
| 58 | Elec | $77.04 | 4/27/2020 | Re-2838 |
| 59 | Elec | $250.00 | 4/22/2020 | Re-2838 |
| 60 | Atm WD | $102.95 | 4/22/2020 | Re-2838 |
| 61 | Elec | $56.43 | 4/13/2020 | Re-2838 |
| 62 | Elec | $82.97 | 3/26/2020 | Re-2838 |
| 63 | Elec | $250.00 | 3/24/2020 | Re-2838 |
| 64 | Elec | $52.43 | 3/23/2020 | Re-2838 |
| 65 | Elec | $263.63 | 3/20/2020 | Re-2838 |
| 66 | Elec | $30.95 | 3/20/2020 | Re-6293 |
| 67 | Elec | 138.24` | 3/16/2020 | Re-2838 |
| 68 | Elec | $48.67 | 3/12/2020 | Re-2838 |
| 69 | Elec | $216.77 | 3/10/2020 | Re-2838 |
| 70 | Elec | $73.38 | 3/9/2020 | Re-2838 |
| 71 | Elec | $74.89 | 3/9/2020 | Re-2838 |
| 72 | Elec | $64.51 | 3/9/2020 | Re-2838 |
| 73 | Elec | $34.97 | 3/2/2020 | Re-2838 |
| 74 | Elec | $14.50 | 2/18/2020 | Re-2838 |
| 75 | Elec | $200.00 | 1/23/2020 | Re-2838 |
| 76 | Ck-WD | $400.00 | 1/23/2020 | Re-6293 |
| 77 | Elec | $106.42 | 1/21/2020 | Re-2838 |
| 78 | Elec | $200.00 | 1/20/2020 | Re-6293 |
| 79 | Elec | $32.84 | 1/10/2020 | Re-6293 |
| 80 | Elec | $9.99 | 1/9/2020 | Re-6293 |
| 81 | Atm WD | $400.00 | 12/17/2019 | Re-2838 |
| 82 | Atm WD | $42.95 | 12/9/2019 | Re-6293 |

| 83 | Elec | $58.29 | 11/29/2019 | Re-2838 |
| 84 | Atm WD | $503.00 | 11/29/2019 | Re-2838 |
| 85 | Elec | $200.00 | 11/25/2019 | Re-2838 |
| 86 | Elec | $12.30 | 11/18/2019 | Re-6293 |
| 87 | Elec | $33.33 | 11/18/2019 | Re-6293 |
| 88 | Elec | $36.65 | 11/14/2019 | Re-6293 |
| 89 | Elec | $109.70 | 11/12/2019 | Re-2838 |
| 90 | Elec | $45.64 | 11/12/2019 | Re-6293 |
| 91 | Atm WD | $323.00 | 11/12/2019 | Re-2838 |
| 92 | Elec | $41.56 | 11/6/2019 | Re-6293 |
| 93 | Elec | $35.13 | 11/6/2019 | Re-6293 |
| 94 | Elec | $44.67 | 11/4/2019 | Re-6293 |
| 95 | Elec | $59.68 | 11/4/2019 | Re-6293 |
| 96 | Atm WD | $40.00 | 11/4/2019 | Re-6293 |
| 97 | Elec | $56.09 | 10/31/2019 | Re-6293 |
| 98 | Elec | $125.93 | 10/31/2019 | Re-6293 |
| 99 | Elec | $101.67 | 10/28/2019 | Re-6293 |
| 100 | Elec | $50.41 | 10/28/2019 | Re-6293 |
| 101 | Elec | $244.26 | 10/21/2019 | Re-2838 |
| 102 | Elec | $88.83 | 10/21/2019 | Re-6293 |
| 103 | Elec | $92.21 | 10/21/2019 | Re-6293 |
| 104 | Elec | $23.06 | 10/21/2019 | Re-6293 |
| 105 | Ck No. 1116 | $2,000.00 | 10/19/2019 | Re-2838 |
| 106 | Elec | $20.35 | 10/18/2019 | Re-6293 |
| 107 | Elec | $57.20 | 10/18/2019 | Re-6293 |
| 108 | Atm WD | $103.00 | 10/17/2019 | Re-6293 |
| 109 | Elec | $90.00 | 10/15/2019 | Re-6293 |
| 110 | Elec | $46.77 | 10/15/2019 | Re-6293 |
| 111 | Elec | $262.04 | 10/15/2019 | Re-6293 |
| 112 | Elec | $167.06 | 10/15/2019 | Re-6293 |
| 113 | Elec | $22.78 | 10/11/2019 | Re-2838 |
| 114 | Elec | $33.13 | 10/4/2019 | Re-2838 |
| 115 | Elec | $23.32 | 10/4/2019 | Re-2838 |
| 116 | Elec | $100.00 | 10/3/2019 | Re-2838 |
| 117 | Ck No. 1112 | $2,000.00 | 10/3/2019 | Re-2838 |
| 118 | Ck No. 1110 | $1,000.00 | 9/30/2019 | Re-2838 |
| 119 | Atm WD | $203.00 | 9/20/2019 | Re-2838 |
| 120 | Atm WD | $242.95 | 9/19/2019 | Re-2838 |
| 121 | Atm WD | $302.95 | 9/10/2019 | Re-2838 |
| 122 | 1198 | $600.00 | 9/6/2019 | Re-2838 |
| 123 | Elec | $58.00 | 8/30/2019 | Re-2838 |
| 124 | Elec | $280.05 | 8/29/2019 | Re-2838 |
| 125 | Elec | $80.20 | 8/26/2019 | Re-2838 |
| 126 | Elec | $145.31 | 8/19/2019 | Re-2838 |
| 127 | Atm WD | $502.95 | 8/13/2019 | Re-2838 |

| 128 | Atm WD | $503.00 | 8/9/2019 | Re-2838 |
| 129 | Elec | $206.64 | 8/8/2019 | Re-2838 |
| 130 | Atm WD | $202.95 | 8/7/2019 | Re-2838 |
| 131 | Ck No. 1188 | $6,000.00 | 8/3/2019 | Re-2838 |
| 132 | Elec | $38.68 | 8/2/2019 | Re-2838 |
| 133 | Ck No. 1187 | $1,060.00 | 7/31/2019 | Re-2838 |
| 134 | Atm WD | $403.00 | 7/25/2019 | Re-2838 |
| 135 | Elec | $135.03 | 7/15/2019 | Re-2838 |
| 136 | Elec | $306.91 | 7/15/2019 | Re-2838 |
| 137 | Atm WD | $503.00 | 7/15/2019 | Re-2838 |
| 138 | Elec | $131.09 | 7/8/2019 | Re-2838 |
| 139 | Atm WD | $503.00 | 7/8/2019 | Re-2838 |
| 140 | Elec | $186.76 | 7/5/2019 | Re-2838 |
| 141 | Elec | $201.95 | 7/1/2019 | Re-2838 |
| 142 | Elec | $149.55 | 7/1/2019 | Re-2838 |
| 143 | Elec | $60.00 | 7/1/2019 | Re-2838 |
| 144 | Elec | $119.57 | 7/1/2019 | Re-2838 |
| 145 | Elec | $79.02 | 6/17/2019 | Re-2838 |
| 146 | Elec | $116.63 | 6/10/2019 | Re-2838 |
| 147 | Elec | $75.48 | 6/10/2019 | Re-2838 |
| 148 | Atm WD | $40.00 | 6/10/2019 | Re-2838 |
| 149 | Elec | $145.90 | 6/6/2019 | Re-2838 |
| 150 | Atm WD | $363.00 | 6/4/2019 | Re-2838 |
| 151 | Atm WD | $303.00 | 6/4/2019 | Re-2838 |
| 152 | Atm WD | $603.00 | 6/3/2019 | Re-2838 |
| 153 | Elec | $179.80 | 5/28/2019 | Re-2838 |
| 154 | Ck No. 1135 | $1,000.00 | 5/28/2019 | Re-2838 |
| 155 | Elec | $129.31 | 5/20/2019 | Re-2838 |
| 156 | Elec | $381.25 | 5/10/2019 | Re-2838 |
| 157 | Elec | $58.15 | 5/10/2019 | Re-2838 |
| 158 | Elec | $35.20 | 5/9/2019 | Re-2838 |
| 159 | 1081 | $1,200.00 | 4/19/2019 | Re-2838 |
| 160 | Elec | $97.12 | 4/15/2019 | Re-2838 |
| 161 | Elec | $183.36 | 4/8/2019 | Re-2838 |
| 162 | Elec | $185.88 | 4/8/2019 | Re-2838 |
| 163 | Ck-WD | $1,000.00 | 4/5/2019 | Re-2838 |
| 164 | Ck-WD | $3,346.00 | 4/3/2019 | Re-2838 |
| 165 | Elec | $5,408.00 | 4/1/2019 | Re-1218-CC |
| 166 | Ck-WD | $3,000.00 | 3/29/2019 | Re-2838 |
| 167 | Elec | $6,200.00 | 3/28/2019 | Re-1218-CC |
| 168 | Ck-WD | $32,000.00 | 3/26/2019 | Re-2838 |
| 169 | Elec | $97.82 | 3/25/2019 | TD-3440 |
| 170 | Ck-WD | $7,375.84 | 3/23/2019 | TD-0461 |
| 171 | Elec | $187.64 | 3/22/2019 | TD-3440 |
| 172 | Atm WD | $603.00 | 3/22/2019 | TD-3440 |

| 173 | Atm WD | $400.00 | 3/18/2019 | TD-3440 |
| 174 | Ck-WD | $1,500.00 | 3/16/2019 | TD-3440 |
| 175 | Ck-WD | $3,000.00 | 3/16/2019 | TD-3440 |
| 176 | Atm WD | $203.00 | 3/12/2019 | TD-3440 |
| 177 | Atm WD | $203.00 | 3/12/2019 | Re-2838 |
| 178 | Ck-WD | $7,900.00 | 2/28/2019 | TD-3440 |
| 179 | Ck-WD | $28,500.00 | 2/27/2019 | TD-3440 |
| 180 | Atm WD | $500.00 | 2/27/2019 | TD-3440 |
| 181 | Ck-WD | $5,000.00 | 2/26/2019 | TD-3440 |
| 182 | Ck No.1006 | $5,000.00 | 2/21/2019 | Re-2838 |
| 183 | Ck-WD | $10,000.00 | 2/20/2019 | TD-3440 |
| 184 | Ck-WD | $10,000.00 | 2/13/2019 | TD-0461 |
| 185 | Elec | $279.00 | 2/11/2019 | TD-0461 |
| 186 | Elec | $90.72 | 2/11/2019 | Re-2838 |
| 187 | Elec | $32.10 | 2/11/2019 | Re-2838 |
| 188 | Elec | $854.92 | 2/7/2019 | TD-0461 |
| 189 | Ck-WD | $7,500.00 | 1/25/2019 | Re-2838 |
| 190 | Ck-WD | $7,500.00 | 1/24/2019 | TD-0461 |
| 191 | Ck No. 1032 | $7,500.00 | 1/17/2019 | Re-2838 |
| 192 | Debit | $8,000.00 | 1/16/2019 | TD-0461 |
| 193 | Atm WD | $300.00 | 12/24/2018 | TD-0461 |
| 194 | Ck No. 112 | $200.00 | 12/21/2018 | TD-0461 |
| 195 | Atm WD | $202.00 | 12/10/2018 | TD-0461 |
| 196 | Elec | $236.67 | 11/30/2018 | TD-0461 |
| 197 | Elec | $98.45 | 11/30/2018 | TD-0461 |
| 198 | Card | $1,075.33 | 11/30/2018 | Re-2838 |
| 199 | Card | $1,021.83 | 11/29/2018 | Re-2838 |
| 200 | Ck-WD | $3,000.00 | 11/28/2018 | TD-0461 |
| 201 | Ck-WD | $2,500.00 | 11/28/2018 | TD-0461 |
| 202 | Elec | $414.68 | 11/26/2018 | TD-0461 |
| 203 | Elec | $127.20 | 11/26/2018 | TD-0461 |
| 204 | Elec | $71.22 | 11/26/2018 | TD-0461 |
| 205 | Ck No. 1026 | $5,000.00 | 11/20/2018 | Re-2838 |
| 206 | Ck No. 108 | $5,000.00 | 11/20/2018 | TD-0461 |
| 207 | Elec | $104.95 | 11/16/2018 | TD-0461 |
| 208 | Elec | $94.15 | 11/15/2018 | TD-0461 |
| 209 | Elec | $132.45 | 11/8/2018 | TD-0461 |
| 210 | Atm WD | $500.00 | 11/8/2018 | TD-0461 |
| 211 | Ck No. 631 | $6,000.00 | 11/2/2018 | Re-2838 |
| 212 | Elec | $500.33 | 3/22/2018 | TD-3440 |
| 213 | Atm WD | $603.00 | 3/22/2018 | TD-3440 |
| 214 | Atm WD | $400.00 | 3/18/2018 | TD-3440 |
| 215 | Atm WD | $203.00 | 3/18/2018 | TD-3440 |
| 216 | Atm WD | $500.00 | 2/27/2018 | TD-0461 |
| 217 | Elec | $262.31 | 2/13/2018 | TD-0461 |

| | | | | |
|---|---|---|---|---|
| 218 | Elec | $12.00 | 2/13/2018 | TD-0461 |
| 219 | Elec | $725.62 | 2/6/2018 | TD-0461 |

**$251,027.28**    **4-year total**

Paid to American Express for Hector's benefit

| | Elec. | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | Elec | 9/25/2019 | $1,685.50 | Re-2838 |
| 2 | Elec | 8/20/2019 | $4,143.50 | Re-2838 |
| 3 | Elec | 7/22/2019 | $532.64 | Re-2838 |
| 4 | Elec | 6/24/2019 | $5,603.56 | Re-2838 |

**4-yr total**    **$11,965.20**

<u>Paid to Capital One for Hector's benefit</u>

| | Elec/Ck No. | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | Elec | 8/25/2020 | $400.00 | Re-2838 |
| 2 | Elec | 7/8/2020 | $1,100.00 | Re-2838 |
| 3 | Elec | 6/29/2020 | $2,000.00 | Re-2838 |
| 4 | Elec | 6/2/2020 | $300.00 | Re-6293 |
| 5 | Elec | 5/1/2020 | $387.00 | Re-2838 |
| 6 | Elec | 4/2/2020 | $300.00 | Re-2838 |
| 7 | Elec | 3/3/2020 | $400.00 | Re-2838 |
| 8 | Elec | 2/3/2020 | $203.00 | Re-6293 |
| 9 | Elec | 1/23/2020 | $400.00 | Re-6293 |
| 10 | Elec | 11/4/2019 | $250.00 | Re-2838 |
| 11 | Elec | 10/3/2019 | $200.00 | Re-2838 |
| 12 | Elec | 9/3/2019 | $200.00 | Re-2838 |
| 13 | Elec | 8/2/2019 | $900.00 | Re-2838 |
| 14 | Elec | 7/3/2019 | $1,000.00 | Re-2838 |
| 15 | Elec | 4/3/2019 | $800.00 | Re-2838 |
| 16 | Elec | 2/12/2019 | $557.69 | TD-0461 |
| 17 | Elec | 2/4/2019 | $1,500.00 | TD-0461 |

**4-yr Total**    **$10,897.69**

Paid to Citibank for Hector's benefit

| | Elec/Ck No. | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | 13 | 6/27/2020 | $2,000.00 | Re-2838 |

| 2 | 14 | 6/27/2020 | $2,000.00 | Re-2838 |
| 3 | Elec | 2/10/2020 | $300.00 | Re-6293 |
| 4 | Elec | 11/8/2019 | $400.00 | Re-6293 |
| 5 | Elec | 10/9/2019 | $400.00 | Re-2838 |
| 6 | Elec | 8/12/2019 | $600.00 | Re-2838 |
| 7 | 1051 | 4/5/2019 | $300.00 | Re-2838 |
| 8 | 1052 | 4/5/2019 | $500.00 | Re-2838 |
| 9 | 1018 | 3/6/2019 | $1,000.00 | Re-2838 |
| 10 | 1019 | 3/6/2019 | $700.00 | Re-2838 |
| 11 | 118 | 1/31/2019 | $1,200.00 | TD-0461 |
| 12 | Elec | 12/7/2018 | $300.00 | TD-0461 |
| 13 | Elec | 12/7/2018 | $300.00 | TD-0461 |
| | **4-year total** | | $10,000.00 | |

Paid to Toyota for Hector's benefit

| | **Elec** | **Date** | **Amount** | **From Acct#** |
|---|---|---|---|---|
| 1 | Elec | 9/10/2020 | $869.78 | Re-2838 |
| 2 | Elec | 8/25/2020 | $529.00 | Re-2838 |
| 3 | Elec | 7/28/2020 | $565.00 | Re-2838 |
| 4 | Elec | 5/27/2020 | $567.57 | Re-6293 |
| 5 | Elec | 5/27/2020 | $697.57 | Re-6293 |
| 6 | Elec | 3/11/2020 | $579.89 | Re-6293 |
| 7 | Elec | 3/11/2020 | $723.27 | Re-6293 |
| 8 | Elec | 2/20/2020 | $484.30 | Re-6293 |
| 9 | Elec | 2/20/2020 | $607.80 | Re-6293 |
| 10 | Elec | 1/27/2020 | $509.89 | Re-6293 |
| 11 | Elec | 1/27/2020 | $639.89 | Re-6293 |
| 12 | Elec | 1/21/2020 | $509.89 | Re-6293 |
| 13 | Elec | 1/21/2020 | $639.89 | Re-6293 |
| 14 | Elec | 11/21/2019 | $509.89 | Re-6293 |
| 15 | Elec | 11/21/2019 | $639.89 | Re-6293 |
| | **4-year total** | | **$9,073.52** | |

"Elec" refers to an electronic debit card purchase by Hector Manrique from Debtor's account.

"Ck-No. refers to the Check Number from Debtor's checking accounts.

"Re-2838" and "Re-6293 refer to Debtor's bank accounts at Regions Bank, Account No. 0268362838 and 0282386293, and "TD-0461" and TD-3440 refer to Debtor's bank accounts at TD Bank, Account No. 4359290461 and 4365703440.

# EXHIBIT "D"
# Gladys Manrique

Paid to Citibank for Gladys' benefit

| | Elec/Ck No. | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | Elec | 9/10/2019 | $300.00 | Re-2838 |
| 2 | Elec | 9/9/2019 | $500.00 | Re-2838 |
| 3 | Elec | 8/8/2019 | $600.00 | Re-2838 |
| 4 | 117 | 1/31/2019 | $2,000.00 | TD-0461 |
| | | **4-year total** | **$3,400.00** | |

Paid to American Express for Gladys' benefit

| | Elec | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | Elec | 10/21/2019 | $1,900.00 | Re-6293 |
| | | **4-year total** | **$1,900.00** | |

Paid to Toyota for Gladys' benefit

| | Elec | Date | Amount | From Acct# |
|---|---|---|---|---|
| 1 | Elec | 9/10/2020 | $485.17 | Re-2838 |
| 2 | Elec | 7/8/2020 | $529.59 | Re-6293 |
| 3 | Elec | 7/8/2020 | $666.12 | Re-6293 |
| 4 | Elec | 6/22/2020 | $568.10 | Re-6293 |
| 5 | Elec | 6/22/2020 | $697.57 | Re-6293 |
| 6 | Elec | 4/22/2020 | $509.89 | Re-6293 |
| 7 | Elec | 4/21/2020 | $639.89 | Re-6293 |
| 8 | Elec | 1/15/2020 | $509.89 | Re-6293 |
| 9 | Elec | 1/15/2020 | $639.89 | Re-6293 |
| 10 | Elec | 10/7/2019 | $639.89 | Re-2838 |
| 11 | Elec | 10/7/2019 | $509.89 | Re-6293 |
| 12 | Elec | 9/20/2019 | $535.48 | Re-2838 |
| 13 | Elec | 9/20/2019 | $671.98 | Re-2838 |
| 14 | Elec | 8/19/2019 | $509.89 | Re-2838 |
| 15 | Elec | 8/19/2019 | $639.89 | Re-2838 |
| 16 | Elec | 4/15/2019 | $639.89 | Re-6293 |
| | | **Total** | **$8,753.12** | |

"Elec" refers to an electronic debit card purchase by Hector Manrique from Debtor's account.
"Ck-No. refers to the Check Number from Debtor's checking accounts.
"Re-2838" and "Re-6293 refer to Debtor's bank accounts at Regions Bank, Account No. 0268362838 and 0282386293, and "TD-0461" and TD-3440 refer to Debtor's bank accounts at TD Bank, Account No. 4359290461 and 4365703440.