UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MULTICONCEP LOGISTICS LLC,

Case No. 21-13844-PGH

Chapter 7

    Debtor.
_____/

BARRY E. MUKAMAL AS CHAPTER 7 TRUSTEE,

    Plaintiff,

-vs-

Adv. Pro. No. _____

HECTOR F. MANRIQUES and
GLADYS I. MANRIQUES,
Jointly husband and wife,

    Defendants.
_____/

## STATEMENT OF JAMES B. MILLER

I, JAMES B. MILLER, ESQ., pursuant to 28 U.S.C. § 1746(2), under penalty of perjury and swear to the following:

COMES NOW, James B. Miller, Esq., as counsel to the Plaintiff/Chapter 7 Trustee, Barry E. Mukamal, and hereby certifies that, at present, there are no immediately available monies in the online account with which to pay the adversary filing fee online in this matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164