UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No. 21-13844-PGH

MULTICONCEP LOGISTIC LLC
                                                                        Chapter 7
    Debtor.
_____/
BARRY E. MUKAMAL AS CHAPTER 7
TRUSTEE,

    Plaintiff,                                           Adv. Pro. No. _____

-vs-

HECTOR F. MANRIQUES and
GLADYS I. MANRIQUES,
Jointly husband and wife,

    Defendants.
_____/

## NON-MILITARY AFFIDAVIT

State of Florida        )
                              ) ss:
Miami-Dade County   )

I, JAMES B. MILLER, ESQ., pursuant to 28 U.S.C. § 1746(2), under penalty of perjury and swear to the following:

1. I am the attorney for the Plaintiff in this matter, am over the age of 18 years, and am otherwise of sound mind to make this statement.

2. Defendant Gladys I. Manriques is not in the military service of the United States or any of its allies.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAMES B. MILLER